# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **BURNICE PICKENS,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **MO:20-CV-00247-RCG** |
| | § | |
| **BUCKEYE, INC.,** | § | |
| *Defendant.* | § | |

## ORDER REGARDING THE PARTIES' STIPULATION OF DISMISSAL

In accordance with Burnice Pickens and Buckeye, Inc.'s Stipulation of Dismissal, Burnice Pickens's claims against Buckeye, Inc. are **DISMISSED WITH PREJUDICE**. (Doc. 32).

Accordingly, it is ordered that attorney fees, expenses and court costs shall be borne by the party incurring same, except as otherwise provided in the settlement agreement.

It is so **ORDERED**.

SIGNED this 14th day of January, 2022.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE